AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
DEC - 7 2018
David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Guadalupe HERNANDEZ<br><br>*Defendant(s)* | Case No. B-18-1158-MTwo |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/5/2018  in the county of Cameron  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 United States Code 841 (a) (1) & 846 | Knowingly and Intentionally possess with the intent to distribute approx. 171 kgs of marijuana, a schedule I controlled substance; and Conspiracy to possess with intent to distribute the same approx. 171 kgs of marijuana. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Cadriel, DEA Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-7-2018

City and state: Brownsville, Texas

*Judge's signature*

U.S. Magistrate Judge Ignacio Torteya III
*Printed name and title*

Criminal Complaint

Guadalupe HERNANDEZ ▮▮▮/1996

On December 5, 2018, at approximately 10:30 a.m., United States Border Patrol agent assigned to the Remote Video Surveillance System (RVSS) observed a red in color Sport Utility Vehicle (SUV) drive south toward the Rio Grande River south of Military HWY 281 in an area near Garza's Gap in Brownsville, Cameron County, Texas.

U.S. Border Patrol RVSS operator communicated the observations to the uniformed line agents assigned to the area. The RVSS operator observed the red SUV in an open field making contact with several unidentified subjects carrying bundles. The RVSS operator observed the unknown subjects load multiple bundles into the rear portion of the red SUV. The RVSS operator communicated the observations to the uniformed Border Patrol agents who responded to the location. The RVSS operator observed the same red SUV depart the area and traveled northbound near the same area of entry. The RVSS operator maintained constant visual of the red SUV as it traveled northbound and continued to communicate the observations to the uniformed line agents.

U.S. Border Patrol uniformed patrol agents observed the red SUV later identified as a maroon Chevrolet Trailblazer bearing Texas license plate ▮▮▮▮▮▮▮. U.S Border Patrol uniformed patrol agents attempted to conduct a stop by activating the marked patrol units emergency lights and siren as the vehicle traveled westbound on HWY 281. The Trailblazer arrived to the intersection of HWY 281 and FM 1421 where agents observed the vehicle make an abrupt right turn onto FM 1421 and proceeded northbound failing to yield to U.S. Border Patrol uniformed patrol agents. U.S. Border Patrol uniformed patrol agents observed the front passenger, later identified as Eduardo Alberto TREJO, intentionally discard a large bundle later identified as a bundle of marijuana, while the vehicle was in motion and continuing to evade law enforcement. As the Trailblazer traveled on FM 1421 toward HWY 100, the operator of the vehicle lost control causing the Trailblazer to roll onto its side causing the rear window to shatter allowing visibility into the rear compartment where the bundles were observed in plain view.

U.S. Border Patrol uniformed patrol agents along with Cameron County Constables Deputy extracted two occupants from the vehicle. The subjects were identified as Guadalupe HERNANDEZ USC and Eduardo Alberto TREJO USC. U.S. Border Patrol uniformed patrol agents along with Cameron County Constables Deputy seized a total of seven (7) bundles. The seven (7) bundles were transported to the Brownsville Border Patrol Station for processing. The seven (7) bundles were field tested using a Duquenois-Levine Reagent test kit confirming positive characteristics for that of marijuana. The total weight of the seven (7) bundles is approximately 171 kilograms.

DEA Task Force Agents made contact with Guadalupe HERNANDEZ and read to him his Miranda Rights. HERNANDEZ refused to answer any questions without the presence of an attorney. **NOTE:** HERNANDEZ is currently on federal probation and is in the process of being revoked for failing to report as required. Furthermore, DEA Task Force Agents made contact with co-conspirator TREJO who provided a voluntary statement implicating himself (TREJO) as the front passenger and HERNANDEZ as the operator of the narcotics laden vehicle. TREJO stated he (TREJO) and HERNANDEZ were to be paid $3,500 USD to smuggle and transport the marijuana bundles to an unknown location.

Sworn to before me and signed in my presence.

Date: 12-07-2018

Michael Cadriel, DEA Task Force Officer

City and State: Brownsville, Texas

U.S. Magistrate Judge Ignacio Torteya, III